UNITED STATES DISTRICT COURT
FOR THE
NORTHER DISTRICT OF OHIO

| | |
|---|---|
| **TIERRA ALEXANDER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 1:15-cv-02696-DAP |
| | ) |
| **MEDICREDIT, INC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

<u>**NOTICE OF SETTLEMENT**</u>

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.


Dated: <u>May 2, 2016</u>     BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

## Certificate of Service

I hereby certify that on this 2nd day of May, 2016, a true and correct copy of the foregoing pleading served via ECF to the below:

Monica L. Lacks
Ogletree Deakins Nash Smoak & Stewart, P.C.
127 Public Square
4100 Key Tower
Cleveland OH 4114
Phone: 216-241-6100
Fax: 216-357-4733
Email: monica.lacks@ogletreedeakins.com

Patrick T. McLaughlin
Scott Dickenson
Spencer Fane LLP
1 North Brentwood Boulevard, Suite 1000
St. Louis, MO 63105
Phone: 314-333-3811
Email: pmclaughlin@spencerfane.com;
sdickenson@spencerfane.com

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff